IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| IN RE: | Henley, Andrew R | Case Number: 05 B 52081 |
|---|---|---|
| | Henley, Heather A | Judge: Squires, John H |
| | Printed: 11/04/08 | Filed: 10/13/05 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:    Dismissed: September 3, 2008
Confirmed: January 18, 2006

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---:|---:|
|  | 50,456.74 |  |
| Secured: |  | 45,447.72 |
| Unsecured: |  | 0.00 |
| Priority: |  | 0.00 |
| Administrative: |  | 1,694.00 |
| Trustee Fee: |  | 2,623.77 |
| Other Funds: |  | 691.25 |
| Totals: | 50,456.74 | 50,456.74 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---:|---:|
| 1. | Schottler & Zukosky | Administrative | 1,694.00 | 1,694.00 |
| 2. | Mortgage Clearing Corp | Secured | 0.00 | 0.00 |
| 3. | Mortgage Clearing Corp | Secured | 44,614.17 | 32,005.20 |
| 4. | Mortgage Clearing Corp | Secured | 45,365.44 | 11,989.01 |
| 5. | United States Dept of HUD | Secured | 5,500.00 | 1,453.51 |
| 6. | ECast Settlement Corp | Unsecured | 34.93 | 0.00 |
| 7. | Nicor Gas | Unsecured | 519.48 | 0.00 |
| 8. | United States Dept of HUD | Unsecured | 787.06 | 0.00 |
| 9. | Schottler & Zukosky | Priority | | No Claim Filed |
| 10. | AT&T Broadband | Unsecured | | No Claim Filed |
| 11. | Advocate Bethany Hospital | Unsecured | | No Claim Filed |
| 12. | Krishnan Medical Associates | Unsecured | | No Claim Filed |
| 13. | Advocate Bethany Hospital | Unsecured | | No Claim Filed |
| 14. | Capital One | Unsecured | | No Claim Filed |
| 15. | CCS | Unsecured | | No Claim Filed |
| 16. | Chase Manhattan | Unsecured | | No Claim Filed |
| 17. | Enterprise Rent A Car | Unsecured | | No Claim Filed |
| 18. | Illinois Collection Service | Unsecured | | No Claim Filed |
| 19. | Fith Third Bank | Unsecured | | No Claim Filed |
| 20. | Richard D Seierstad | Unsecured | | No Claim Filed |
| 21. | Christ Hospital | Unsecured | | No Claim Filed |
| 22. | Illinois Collection Service | Unsecured | | No Claim Filed |
| 23. | Midwest Pathology | Unsecured | | No Claim Filed |
| 24. | Van Ru Collection Agency | Unsecured | | No Claim Filed |
| 25. | National Asset Services Company | Unsecured | | No Claim Filed |
| 26. | Medco Financial Associates | Unsecured | | No Claim Filed |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE: Henley, Andrew R
Henley, Heather A
Printed: 11/04/08

Case Number: 05 B 52081
Judge: Squires, John H
Filed: 10/13/05

## DISBURSEMENT DETAIL

| # | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 27. | Illinois Collection Service | Unsecured | | No Claim Filed |
| 28. | Illinois Collection Service | Unsecured | | No Claim Filed |
| 29. | National Financial Sys | Unsecured | | No Claim Filed |
| 30. | Advocate Bethany Hospital | Unsecured | | No Claim Filed |
| 31. | North Shore Agency Inc | Unsecured | | No Claim Filed |
| 32. | Palos Community Hospital | Unsecured | | No Claim Filed |
| 33. | NCO Financial Services Inc | Unsecured | | No Claim Filed |
| 34. | Practice Resources Inc | Unsecured | | No Claim Filed |
| 35. | Practice Resources Inc | Unsecured | | No Claim Filed |
| 36. | Providian Visa Card | Unsecured | | No Claim Filed |
| 37. | Neurologic Associates | Unsecured | | No Claim Filed |
| 38. | Radiology & Nuclear | Unsecured | | No Claim Filed |
| 39. | Palos Community Hospital | Unsecured | | No Claim Filed |
| 40. | Radiology & Nuclear | Unsecured | | No Claim Filed |
| 41. | Kannan Sundar MD SC | Unsecured | | No Claim Filed |
| 42. | Scaramella Farrell | Unsecured | | No Claim Filed |
| 43. | St James Hospital | Unsecured | | No Claim Filed |
| 44. | Van Ru Collection Agency | Unsecured | | No Claim Filed |
| 45. | Sunrise CS | Unsecured | | No Claim Filed |
| 46. | Stewart Associates | Unsecured | | No Claim Filed |
| 47. | Risk Management Alternatives | Unsecured | | No Claim Filed |
| 48. | Orkin | Unsecured | | No Claim Filed |
| 49. | Transworld | Unsecured | | No Claim Filed |
| 50. | Van Ru Collection Agency | Unsecured | | No Claim Filed |
| | | | $ 98,515.08 | $ 47,141.72 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 5.5% | 790.63 |
| 5% | 382.04 |
| 4.8% | 633.66 |
| 5.4% | 629.35 |
| 6.5% | 188.09 |
| | $ 2,623.77 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

